# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

**BEAU STEVENS**                                        **PLAINTIFF**

v.                        No. 3:17-cv-264-DPM

**CRAIGHEAD COUNTY,**
**CRITTENDEN COUNTY**                              **DEFENDANTS**

## ORDER

Stevens's mail is being returned. № 3. He must update his address with the Clerk by 13 November 2017. If he doesn't, then his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2017