# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

BEAU STEVENS                                    PLAINTIFF

v.                  No. 3:17-cv-264-DPM

CRAIGHEAD COUNTY,
CRITTENDEN COUNTY                               DEFENDANTS

## ORDER

Stevens hasn't updated his address with the Clerk; his mail is still being returned undelivered. № 6. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 November 2017