# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

**BEAU STEVENS**                                              **PLAINTIFF**

v.                        No. 3:17-cv-264-DPM

**CRAIGHEAD COUNTY,**
**CRITTENDEN COUNTY**                                         **DEFENDANTS**

## JUDGMENT

Stevens's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017